Application denied; the order complained of is correct.

268 So.2d 258

Mrs. Iris BOSCH, wife of and Raul J. VIERA

v.

KWIK HOME SERVICES, INC., et al.

No. 52939.

Nov. 16, 1972.

Writ refused. The present judgment is not final, and we defer our ruling as to the correctness thereof.

BARHAM, J., is of the opinion the writ should be granted. There is a conflict between circuits as to whether a reconvention based on libel contained in the main demand is permitted. For that reason and further believing the ruling here is incorrect we should grant the writ.

DIXON, J., dissents from the refusal. The judgment of the court of appeal is wrong and the plaintiff will suffer irreparable injury in defending a reconventional demand which could not stand, even if successful in the trial court.

TATE, J., joins in reasons of BARHAM and DIXON, JJ., for granting a writ.